**Order entered October 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01320-CV**
**No. 05-14-01321-CV**
**No. 05-14-01322-CV**

### IN RE KEPHREN THOMAS, Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F1450677, F1450678, F1450679**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

habeas corpus.  We **ORDER** relator to bear the costs of this original proceeding.


/s/      KERRY P. FITZGERALD
           JUSTICE